AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| PRIMA CREATIONS, INC.<br>*Plaintiff*<br><br>v.<br><br>DOLGENCORP, LLC and DOLLAR GENERAL CORPORATION<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 12-5409<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KAO H. LU, ESQ,
MAZZEO & KONIECZNY, LLC
1425 E. DARBY ROAD
HAVERTOWN, PA 19083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEPTEMBER 21, 2012

*KIMBERLY SCOTT-HAYDEN*, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.     12-5409

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DOLGEN CORP.**

was received by me on *(date)* **9/28/12**.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **KIMBERLY CRAWFORD - SENIOR ATTY. @ 10:25 AM**, who is

designated by law to accept service of process on behalf of *(name of organization)* **DOLLAR GENERAL STORE CORP.** on *(date)* **10/1/12** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: **10/1/12**

_____
*Server's signature*

**JOEL S. WRIGHT**
*Printed name and title*

**P.O. Box 330975 MURFREESBORO, TN 37133**
*Server's address*

Additional information regarding attempted service, etc: